UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FIRSTKEY HOMES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-467-GMB |
| JESSICA WASHINGTON, | ) |
| Defendant. | ) |

## **ORDER**

Defendant Jessica Washington removed the instant complaint from the District Court of Jefferson County, Alabama, and invoked diversity jurisdiction and possibly federal question jurisdiction. *See* Doc. 1. Upon review of the complaint (Doc. 4), however, the court determined that Washington did not establish that the court had jurisdiction. Doc. 5. The court ordered Washington to show cause why this case should not be remanded to the District Court of Jefferson County, Alabama on or before April 28, 2023. Doc. 5. Washington did not respond to the court's order.

Accordingly, because the complaint does not sufficiently allege federal jurisdiction, this case is REMANDED to the Circuit Court of Jefferson County, Alabama.

DONE and ORDERED on May 1, 2023.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE